THE STATE EX REL. COOPER, APPELLANT, *v.* CONRAD, ADMR., ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Cooper v. Conrad* (1999), 87 Ohio St.3d 36.]

(No. 99–469—Submitted August 25, 1999—Decided October 13, 1999.)

---

*Urban Co., L.P.A.,* and *Anthony P. Christine,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cecille Caluya Harris,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

---

**LUNDBERG STRATTON, J., dissenting.** I respectfully dissent. I would affirm the judgment of the court of appeals.

PFEIFER and COOK, JJ., concur in the foregoing dissenting opinion.